■ In the Matter of JEFFREY S. CARLSON, an Attorney, Resignor. [924 NYS2d 914]—Voluntary resignation accepted and

name removed from roll of attorneys. Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ. (Filed May 3, 2011.)